Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
RICHARD ROWLAND

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| RICHARD ROWLAND, ) | **Case 2:10-cv-00402-JAM-KJN** |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | **Date: February 9, 2011 at 9:30AM** |
| ) | **Courtroom: 6** |
| GENPACT SERVICES, LLC, ) | **Hon. John A. Mendez** |
| ) | |
| Defendant ) | |

After reviewing the briefs of the parties and hearing oral argument on the same, the Court concludes that issues of fact exist as to whether Defendant's conduct violates sections 1692d and 1692d(5) of the Fair Debt Collection Practices Act and sections 1788.11(d) and 1788.11(e) of the Rosenthal Fair Debt Collection Practices Act. Accordingly, Defendant's Motion for Summary Judgment is denied. Further, Plaintiff's claims under 1692c(a)(1) and 1692d(6) under the Fair Debt Collection Practices Act section 1788.11(b) under the Rosenthal Fair Debt Collection Practices Act are hereby voluntarily withdrawn.

IT IS SO ORDERED.

Date : 2/11/2011        /s/ John A. Mendez_____

                        Honorable John A. Mendez

                        Judge of the District Court

PDF created with pdfFactory trial version www.pdffactory.com