**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| RICHARD ROWLAND, | Case 2:10-cv-00402-JAM-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| GENPACT SERVICES, LLC, | |
| Defendant | |

On March 7, 2011, Plaintiff, Richard Rowland (Plaintiff), filed an acceptance of Defendant's, GENPACT SERVICES, LLC's (Defendant), Offer of Judgment. The accepted Offer of Judgment states Plaintiff will receive $2,000.00 plus all court costs and reasonable fees incurred. *Id*. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $2,000.00 plus all court costs and reasonable fees incurred.

**IT IS ORDERED**

Dated:   March 7, 2011

/s/ John A. Mendez_____
John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com