UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 8, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

RICHARD ROWLAND,

      v.      Case No. 2:10-cv-402 JAM KJN

GENPACT SERVICES, LLC,

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON MARCH 7, 2011.  OFFER OF JUDGMENT FOR $2,000.00  PLUS ALL COURT COSTS AND REASONABLE FEES INCURRED.

      Victoria C. Minor,
      Clerk of the Court

ENTERED:   March 8, 2011

      by: _____/s/_____
      R. Becknal, Deputy Clerk