Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
RICHARD ROWLAND

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| RICHARD ROWLAND, | ) | **Case 2:10-cv-00402-JAM-KJN** |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| GENPACT SERVICES, LLC, | ) ) | |
| Defendant | ) ) ) | |

After reviewing the Plaintiff's fee petition and briefs of the parties and hearing oral argument on the same, the Court concludes that Plaintiff is entitled to $12,306.50 in attorneys' fees and $827.90 in costs.

IT IS SO ORDERED.

Dated:  6/7/11

               /s/ John A. Mendez

               Honorable John A. Mendez

               Judge of the District Court

PDF created with pdfFactory trial version www.pdffactory.com